

# Fourth Court of Appeals
## San Antonio, Texas

August 7, 2014

No. 04-13-00420-CV

**TIME WARNER, INC.** and Time Warner Cable, LLC,
Appellants

v.

Dulio **GONZALEZ**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-06770
Honorable John D. Gabriel, Jr., Judge Presiding

# O R D E R

Sitting:        Catherine Stone, Chief Justice
                    Marialyn Barnard, Justice
                    Luz Elena D. Chapa, Justice

The court has considered the Appellee's Motion for Rehearing, and the motion is DENIED.

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of August, 2014.

_____
Keith E. Hottle
Clerk of Court